B6A (Official Form 6A) (12/07)

In re  **William Gary Stapleton**                                      Case No.   **14-42478**
                                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Homestead<br>1171 Stacy Road, Fairview, TX<br>(Property was pledged as collateral to a third-party note)<br>*value listed per tax appraisal, however, Debtor believes a fair listing price would be $200,000.00 to $250,000.00 | Fee Simple | H | $184,600.00 | $150,000.00 |
| Trio Operating Oil Lease<br>Phillips #2 (well is not producing at this time)<br>*value listed is Debtor's best estimate of present value of expected payment stream | Royalties | H | $0.00 | $0.00 |
| Trio Operating Oil Lease<br>Huse #2<br>(0.03% ownership interest; 0.05% working interest; 0.04% net revenue interest)<br>*value listed is Debtor's best estimate of present value of expected payment stream | Royalties | H | $5,000.00 | $0.00 |
| | | Total: | **$189,600.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **William Gary Stapleton**                                          Case No.   **14-42478**   _____
                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | H | $100.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | First United Bank<br>Checking account (xx7158) | H | $1,004.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household goods and furnishings:<br>(All furniture & art between 10 and 20+ years old)<br>Master:<br>master bed - $2,000.00<br>armoire - $1,000.00<br>2 nightstands - $1,000.00<br>2 dog beds - $10.00<br>2 paintings - $2,000.00<br>chaise lounge - $200.00<br>decorative pillows - $100.00<br>television - $200.00<br>Office:<br>table - $50.00<br>2 chairs - $100.00<br>computer (old Macintosh) and printer - $50.00<br>television - $100.00<br>Living area:<br>green couch & ottoman - $200.00<br>coffee table - $300.00<br>2 chairs - $200.00<br>table - $50.00<br>Breakfast area:<br>kitchen table - $500.00<br>6 chairs - $300.00 | H | $25,835.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **William Gary Stapleton**                                          Case No.   **14-42478**
                                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
|  |  | couch - $150.00<br>love seat -$100.00<br>chair & ottoman - $200.00<br>coffee table - $100.00<br>2 area rugs - $200.00<br>Painting - $200.00<br>Television - $200.00<br>Kitchen:<br>Various kitchen utensils, blender, coffee maker, pots, pans, etc. - $500.00<br>Dining room:<br>dining room table - $2,000.00<br>10 chairs - $1,000.00<br>paintings - $5,000.00<br>hutches - $3,000.00<br>Crystal & china - $3,000.00<br>Daughter's bedroom:<br>bed -$100.00<br>armoire - $25.00<br>2 nightstands - $30.00<br>television - $100.00<br>Daughter's extra room:<br>table - $10.00<br>computer - 300.00<br>chairs - $200.00<br>television - $200.00<br>x-box and playstation - $200.00<br>Guest bedroom:<br>bed -$200.00<br>Armoire - $100.00<br>nightstand - $200.00<br>Step stool -$10.00<br>Decorations & pillows - $150.00<br>*The jointly managed community property of Debtor and the non-filing spouse consists of the household furnishings.  All other property of Debtor and non-filing spouse is their respective separate property. |  |  |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **William Gary Stapleton**                                                        Case No.  __14-42478_____
                                                                                                           (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing:<br>suits - $500.00<br>jeans/pants - $200.00<br>dress shirts - $300.00<br>ties - $200.00<br>boots - $1,000.00<br>shoes - $200.00<br>miscellaneous - $100.00 | H | $2,500.00 |
| 7. Furs and jewelry. | | Jewelry:<br>various John Hardy bracelets - $200.00<br>various John Hardy rings - $100.00<br>skull rings - $100.00<br>John Hardy necklaces - $50.00<br>various rings (includes a gold ring w/small diamonds) - $550.00<br>various old watches - $1,500.00 | H | $2,500.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Weatherby 30 06 rifle - $900.00<br>Sig Sauer P380 handgun - $250.00 | H | $1,150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **William Gary Stapleton**                                      Case No.  **14-42478**
                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | SEP IRA with National Financial Services, LLC | H | $2,408.58 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 1161 Development Corp. (1% interest) | H | $0.00 |
| | | 1171 Stacy Road Real Estate Corp. (100% interest) | H | $0.00 |
| | | CTS Exploration & Production, LLC (100% interest) | H | $0.00 |
| | | CTS Holdings, LLC (100% interest) | H | $0.00 |
| | | Longhorn Meats, LLC (100% interest) | H | $0.00 |
| | | Titus Energy, LLC (99% interest; filed chapter 7 bankruptcy) | H | $0.00 |
| | | United Texas Petroleum, Inc. (100% interest) | H | $0.00 |
| | | MBH Gas Gathering & Transportation, LLC (100% interest; name created, but never operated) | H | $0.00 |
| | | Clear Message Communications, LLC d/b/a Ignite-It Group | H | $1,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **William Gary Stapleton**                                  Case No.    **14-42478**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | (10% interest) | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Summit Renewable Resources-Price Farms, LP (name created, but never operated) | H | $0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Debtor and non-filing spouse have net operating loss carryovers for income tax purposes; total net operating loss carryover as of 2013 joint tax return: $887,552.00. | - | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **William Gary Stapleton**                                    Case No.   **14-42478**
                                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Appeal of Starfish Investments, LP judgment pending (see SOFA 4a) | H | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2013 Ford F-250 (per Kelly Blue Book) | H | $37,000.00 |
| | | 2010 Harley-Davidson Road Glide (wrecked) | H | $4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **William Gary Stapleton**                                Case No.   **14-42478**
_____
(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | | 3 Dogs | J | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | For Disclosure Purposes Only: Non-filing spouse has separate, non-community, property pursuant to the Partition and Exchange Agreement entered into on 01/01/2012 by and between Debtor and non-filing spouse; therefore, all community property was divided at such time and none was created thereafter. -household goods and furnishings -personal effects -jewelry -clothing -law license -2012 Jeep Wrangler -Windridge Farm, Inc. (100% interest) -Windridge Feed, Inc. (100% interest) -Discovery Capital Management, LLC (100% interest) -North Platte Energy Group, LLC (45% interest) -Titus Energy, LLC (1% interest) -Longhorn Meats of Fairview, LLC (100% interest) -1161 Stacy Road Limited Partnership (49.5% interest) -Law Offices of Laura L. Stapleton, PC (100% interest) -Morris, Schorsch & Stapleton, PC (33.3% interest) | W | $0.00 |

_____**6**_____ continuation sheets attached          **Total  >**        **$77,497.58**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **William Gary Stapleton**                                    Case No.  **14-42478** _____
                                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Homestead<br>1171 Stacy Road, Fairview, TX<br>(Property was pledged as collateral to a third-party note)<br>*value listed per tax appraisal, however, Debtor believes a fair listing price would be $200,000.00 to $250,000.00 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $34,600.00 | $184,600.00 |
| Household goods and furnishings:<br>(All furniture & art between 10 and 20+ years old)<br>Master:<br>master bed - $2,000.00<br>armoire - $1,000.00<br>2 nightstands - $1,000.00<br>2 dog beds - $10.00<br>2 paintings - $2,000.00<br>chaise lounge - $200.00<br>decorative pillows - $100.00<br>television - $200.00<br>Office:<br>table - $50.00<br>2 chairs - $100.00<br>computer (old Macintosh) and printer - $50.00<br>television - $100.00<br>Living area:<br>green couch & ottoman - $200.00<br>coffee table - $300.00<br>2 chairs - $200.00<br>table - $50.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25,835.00 | $25,835.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$60,435.00** | **$210,435.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **William Gary Stapleton**                                    Case No.   **14-42478**
                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Breakfast area:<br>kitchen table - $500.00<br>6 chairs - $300.00<br>couch - $150.00<br>love seat -$100.00<br>chair & ottoman - $200.00<br>coffee table - $100.00<br>2 area rugs - $200.00<br>Painting - $200.00<br>Television - $200.00<br>Kitchen:<br>Various kitchen utensils, blender, coffee maker,<br>pots, pans, etc. - $500.00<br>Dining room:<br>dining room table - $2,000.00<br>10 chairs - $1,000.00<br>paintings - $5,000.00<br>hutches - $3,000.00<br>Crystal & china - $3,000.00<br>Daughter's bedroom:<br>bed -$100.00<br>armoire - $25.00<br>2 nightstands - $30.00<br>television - $100.00<br>Daughter's extra room:<br>table - $10.00<br>computer - 300.00<br>chairs - $200.00<br>television - $200.00<br>x-box and playstation - $200.00<br>Guest bedroom:<br>bed -$200.00<br>Armoire - $100.00<br>nightstand - $200.00<br>Step stool -$10.00<br>Decorations & pillows - $150.00<br>*The jointly managed community property of<br>Debtor and the non-filing spouse consists of | | | |
| | | **$60,435.00** | **$210,435.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **William Gary Stapleton**                                    Case No.   **14-42478**

                                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| the household furnishings.  All other property of Debtor and non-filing spouse is their respective separate property.<br><br>Clothing:<br>suits - $500.00<br>jeans/pants - $200.00<br>dress shirts - $300.00<br>ties - $200.00<br>boots - $1,000.00<br>shoes - $200.00<br>miscellaneous - $100.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $2,500.00 | $2,500.00 |
| Jewelry:<br>various John Hardy bracelets - $200.00<br>various John Hardy rings - $100.00<br>skull rings - $100.00<br>John Hardy necklaces - $50.00<br>various rings (includes a gold ring w/small diamonds) - $550.00<br>various old watches - $1,500.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $2,500.00 | $2,500.00 |
| Weatherby 30 06 rifle - $900.00<br>Sig Sauer P380 handgun - $250.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(7) | $1,150.00 | $1,150.00 |
|  | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $0.00 |  |
| SEP IRA with National Financial Services, LLC | Tex. Prop. Code § 42.0021 | $2,408.58 | $2,408.58 |
| 2010 Harley-Davidson Road Glide (wrecked) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $4,000.00 | $4,000.00 |
| 3 Dogs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(11) | $0.00 | $0.00 |
| For Disclosure Purposes Only:<br>Non-filing spouse has separate, non- | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) | $0.00 | $0.00 |
|  |  | **$72,993.58** | **$222,993.58** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **William Gary Stapleton**                                    Case No.  <u>**14-42478**</u>
                                                                              <u>        </u>
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| community, property pursuant to the Partition and Exchange Agreement entered into on 01/01/2012 by and between Debtor and non-filing spouse; therefore, all community property was divided at such time and none was created thereafter.<br>-household goods and furnishings<br>-personal effects<br>-jewelry<br>-clothing<br>-law license<br>-2012 Jeep Wrangler<br>-Windridge Farm, Inc. (100% interest)<br>-Windridge Feed, Inc. (100% interest)<br>-Discovery Capital Management, LLC (100% interest)<br>-North Platte Energy Group, LLC (45% interest)<br>-Titus Energy, LLC (1% interest)<br>-Longhorn Meats of Fairview, LLC (100% interest)<br>-1161 Stacy Road Limited Partnership (49.5% interest)<br>-Law Offices of Laura L. Stapleton, PC (100% interest)<br>-Morris, Schorsch & Stapleton, PC (33.3% interest) | | | |
| | | $72,993.58 | $222,993.58 |

B6D (Official Form 6D) (12/07)

In re  **William Gary Stapleton**                                    Case No.  **14-42478**
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Collin County Tax Assessor/Collector**<br>**PO Box 8046**<br>**McKinney, TX 75071-8046** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**1171 Stacy Road, Fairview, TX**<br>REMARKS:<br>**Agriculture exemption in place**<br><br><br>VALUE:            **$184,600.00** | | | | **$6.00** | |
| ACCT #: **xxxx5900**<br><br>**Ford Motor Credit Corporation**<br>**PO Box 6275**<br>**Dearborn, MI 48121-6275** | | - | DATE INCURRED:  **2013**<br>NATURE OF LIEN:<br>**Vehicle Loan**<br>COLLATERAL:<br>**2013 Ford F-250**<br>REMARKS:<br><br><br>VALUE:            **$37,000.00** | | | | **$54,997.00** | **$17,997.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | **$55,003.00** | **$17,997.00** |
| | | | Total (Use only on last page) > | | | | **$55,003.00** | **$17,997.00** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  **William Gary Stapleton**                                        Case No.  **14-42478**
                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐  **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **William Gary Stapleton**          Case No.   **14-42478** _____
                                                            (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | X | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**2012 Federal Income Tax** | | | | $3,470.70 | $3,470.70 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals (Totals of this page) > | $3,470.70 | $3,470.70 | $0.00 |
|---|---|---|---|---|
|  | Total > | $3,470.70 | | |
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | |
|  | Totals > | | $3,470.70 | $0.00 |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

B6F (Official Form 6F) (12/07)

In re   **William Gary Stapleton**                                  Case No.   **14-42478**
_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Abernathy, Roeder, Boyd & Joplin, PC**<br>**1700 Redbud Blvd., Suite 300**<br>**McKinney, TX 75069-1210** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Debt**<br>REMARKS:<br>**Attorneys' fees** | | | | $1,002.06 |
| ACCT #:<br>**Airrosti Rehab Centers, LLC**<br>**PO Box 204118**<br>**Dallas, TX 75320-4118** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $365.04 |
| ACCT #:  **xxxx4030**<br>**Alliance One**<br>**1684 Woodlands Dr., Ste. 15**<br>**Maumee, OH 43537** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Gexa Energy** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxx5436**<br>**Ally Financial**<br>**200 Renaissance Ctr.**<br>**Detroit, MI 48243** | | - | DATE INCURRED:  **2011 or 2012**<br>CONSIDERATION:<br>**Debt**<br>REMARKS:<br>**Returned Cadillac Roadster to dealer** | | | X | $14,667.00 |
| ACCT #:<br>**AT&T Uverse**<br>**PO Box 5014**<br>**Carol Stream, IL 60197-5014** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $874.40 |
| ACCT #:<br>**AT&T Wireless**<br>**1801 Valley View Lane**<br>**Farmers Branch, TX 75234** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $384.46 |
| | | | | | Subtotal > | | **$17,292.96** |
| | | | | | Total > | | |

_____**4**_____continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Gary Stapleton**

Case No.   **14-42478** _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx1493**<br>**Benchmark Bank**<br>**5068 W. Plano Pkwy., Ste. 15**<br>**Plano, TX 75093** | | - | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Debt**<br>REMARKS:<br>**Repossessed in 2013** | | | X | **$531,853.00** |
| ACCT #:  **xxxxxxxxxxxx0351**<br>**Chase Bank**<br>**PO Box 155298**<br>**Wilmington, DE 19850** | X | - | DATE INCURRED:  **late 1990's**<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | **$10,751.00** |
| ACCT #:  **xxxxxxxxxxxx1425**<br>**Citibank, N.A.**<br>**PO Box 463023**<br>**Escondido, CA 92046-3023** | | - | DATE INCURRED:  **late 1990's**<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | **$38,459.37** |
| ACCT #:<br>**Cooper's Aerobic Center**<br>**7910 Collin-McKinney Parkway**<br>**McKinney, TX 75050** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | X | **$2,000.00** |
| ACCT #:<br>**Dance, Bigelow, Sharp & Co. PC**<br>**433 E. Las Colinas Blvd., Suite 1290**<br>**Irving, TX 75039** | | - | DATE INCURRED:  **2010 - 2014**<br>CONSIDERATION:<br>**Debt**<br>REMARKS:<br>**Tax return preparation** | | | | **$1,540.90** |
| ACCT #:  **xx7867**<br>**Family Healthcare Associates**<br>**PO Box 14221**<br>**Arlington, TX 76094-1221** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | **$93.87** |

Sheet no. ____**1**____ of ____**4**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$584,698.14**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Gary Stapleton**                                        Case No.  **14-42478**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Gexa Energy**<br>**PO Box 660100**<br>**Dallas, TX 75266-0100** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS:<br>**Electric** | | | | **$769.00** |
| ACCT #:<br>**Grayson Collin Electric Co-Op, Inc.**<br>**PO Box 548**<br>**Van Alstyne, TX 75495-0548** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Debt**<br>REMARKS:<br>**Electric** | | | | **$2,417.44** |
| ACCT #:<br>**Harley-Davidson Credit**<br>**PO Box 21829**<br>**Carson City, NV 89721** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | **$1,132.04** |
| ACCT #:<br>**Indemco fbo HUS Specialty Insurance Co.**<br>**HCC Insurance Holdings, Inc.**<br>**Attn: Greg Ching**<br>**13403 Northwest Freeway**<br>**Houston, TX 77040** | X | - | DATE INCURRED:  **2013 - 2014**<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Guarantor of bonds for oil and gas wells** | | | | **$25,000.00** |
| ACCT #:  **xxxxx0968**<br>**North Texas Tollway Authority**<br>**PO Box 660244**<br>**Dallas, TX 75266-0244** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | **$449.67** |
| ACCT #:<br>**North Texas Tollway Authority**<br>**PO Box 660244**<br>**Dallas, TX 75266-0244** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | **$99.75** |

Sheet no. ____**2**____ of _____**4**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$29,867.90**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Gary Stapleton**

Case No.   **14-42478**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Rausch, Sturm, Israel, Enerson & Hornick**<br>**15660 Dallas Parkway, Suite 350**<br>**Dallas, TX 75248-3344** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Citibank, N.A.** | | | | **Notice Only** |
| ACCT #:<br>**Southwest Credit Systems, LP**<br>**4120 International Pkwy., Ste. 1100**<br>**Carrollton, TX 75007-1958** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for North Texas Tollway Authority** | | | | **Notice Only** |
| ACCT #:<br>**Stapleton Enterprises, Inc.**<br>**421 Forest Oaks**<br>**Fairview, TX 75069** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$3,342,823.02** |
| ACCT #:<br>**Stapleton Enterprises, Inc.**<br>**421 Forest Oaks**<br>**Fairview, TX 75069** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS:<br>**Personal debt** | | | | **$300,000.00** |
| ACCT #:<br>**Starfish Investments, LP**<br>**Attn: Mike Jenkins**<br>**5909 Settlement Way**<br>**McKinney, TX 75070** | | - | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Summary judgment in the principal amount of $545,810.60  dated 4/17/14; interest through 1/31/14 in the amount of $361,554.37; interest** | | | X | **$907,364.97** |
| | | | **accruing at an APR of 18% from 2/1/14; Claim for an amount of attorneys' fees: $3,289.10 through summary judgment; Claim for additional attorneys' fees: unknown** | | | | |

Sheet no. ____3____ of ____4____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$4,550,187.99**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Gary Stapleton**

Case No.   **14-42478**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Town of Fairview**<br>**372 Town Place**<br>**Fairview, TX 75069** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | **$656.71** |
| ACCT #:<br>**TPC Craig Ranch**<br>**5010 Settlement Lane**<br>**McKinney, TX 75070** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | **$5,500.00** |
| ACCT #:<br>**Wicks Phillips, LLP**<br>**Attn: J. Sean Lemoine**<br>**2100 Ross Avenue, Suite 950**<br>**Dallas, TX 75201** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Starfish Investments, LP** | | | | **Notice Only** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**4**____ of ____**4**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | **$6,156.71** |
| Total > | **$5,188,203.70** |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **William Gary Stapleton**                              Case No.  **14-42478**

                                                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **William Gary Stapleton**                                          Case No.   **14-42478**
                                                                                      (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bill Stapleton** | **Indemco fbo HUS Specialty Insurance Co.**<br>HCC Insurance Holdings, Inc.<br>Attn: Greg Ching<br>13403 Northwest Freeway<br>Houston, TX 77040 |
| **Laura Stapleton** | **Chase Bank**<br>PO Box 155298<br>Wilmington, DE 19850 |
| **Laura Stapleton** | **Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

**Fill in this information to identify your case:**

| Debtor 1 | **William** | **Gary** | **Stapleton** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **EASTERN DISTRICT OF TEXAS**

Case number (if known)    **14-42478**

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____

MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | **Manager** | **Attorney** |
| Employer's name | | **Texas Food Brands, LLC** | **Morris, Schorsch & Stapleton, PC** |
| Employer's address | | **7557 Rambler Road** | **8080 North Central Expressway** |
| | | Number  Street | Number  Street |
| | | | **Suite 1300** |
| | | **Dallas**      **TX**   **75231** | **Dallas**      **TX**   **75206** |
| | | City      State   Zip Code | City      State   Zip Code |
| How long employed there? | | **2 Months** | **1 Year** |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$13,051.50** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | **$0.00** | **$13,051.50** |

Debtor 1    **William**          **Gary**              **Stapleton**          Case number (if known)    **14-42478**
      First Name     Middle Name      Last Name

|  | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here .................................................. **→** | 4. | **$0.00** | **$13,051.50** |
| **5.** | **List all payroll deductions:** | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | **$0.00** | **$776.05** |
| | 5b. Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| | 5c. Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| | 5d. Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| | 5e. Insurance | 5e. | **$0.00** | **$0.00** |
| | 5f. Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| | 5g. Union dues | 5g. | **$0.00** | **$0.00** |
| | 5h. Other deductions.<br>Specify: | 5h.**+** | **$0.00** | **$0.00** |
| **6.** | **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$0.00** | **$776.05** |
| **7.** | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | **$0.00** | **$12,275.45** |
| **8.** | **List all other income regularly received:** | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | **$6,352.50** | **($4,800.00)** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b. Interest and dividends | 8b. | **$0.00** | **$0.00** |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d. Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| | 8e. Social Security | 8e. | **$0.00** | **$0.00** |
| | 8f. Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | **$0.00** | **$0.00** |
| | 8g. Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| | 8h. Other monthly income.<br>Specify:  **Royalties** | 8h.**+** | **$687.08** | **$0.00** |
| **9.** | **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$7,039.58** | **($4,800.00)** |
| **10.** | **Calculate monthly income.**  Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$7,039.58**  **+**  **$7,475.45**  **=** | **$14,515.03** |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  **+**    **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.

12.   **$14,515.03**
**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☑ No.          **None.**
☐ Yes. Explain:

| Debtor 1 | **William** | **Gary** | **Stapleton** | Case number (if known) | **14-42478** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

8a.  Attached Statement (Debtor 1)

### 1099 income from Texas Food Brands, LLC

**Gross Monthly Income:** $7,500.00

| Expense | Category | Amount |
|---|---|---|
| Estimated taxes | | $1,147.50 |

**Total Monthly Expenses** $1,147.50

**Net Monthly Income:** $6,352.50

| Debtor 1 | William | Gary | Stapleton | Case number (if known) | 14-42478 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

8a.  Attached Statement (Non-Filing Spouse)

## Farming

**Gross Monthly Income:**                                                                 $1,150.00

| Expense | Category | Amount |
|---|---|---|
| Feed | | **$400.00** |
| Hay | | **$700.00** |
| Farrier | | **$350.00** |
| Veterinary | | **$500.00** |
| Training | | **$1,500.00** |
| Showing | | **$800.00** |
| Trailer maintenance | | **$50.00** |
| Gasoline | | **$400.00** |
| Supplies | | **$200.00** |
| Insurance (mortality) | | **$200.00** |
| Barn electric | | **$750.00** |
| Barn water | | **$100.00** |

**Total Monthly Expenses**                                                                 $5,950.00

**Net Monthly Income:**                                                                 ($4,800.00)

| Fill in this information to identify your case: | | | |
|---|---|---|---|

**Fill in this information to identify your case:**

Debtor 1    **William**    **Gary**    **Stapleton**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    **EASTERN DISTRICT OF TEXAS**

Case number    **14-42478**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
        ☐ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **16** | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**
   Include first mortgage payments and any rent for the ground or lot.
   4. _____

   If not included in line 4:

   4a. Real estate taxes    4a. _____

   4b. Property, homeowner's, or renter's insurance    4b. _____ **$250.00**

   4c. Home maintenance, repair, and upkeep expenses    4c. _____ **$700.00**

   4d. Homeowner's association or condominium dues    4d. _____

Debtor 1    **William**        **Gary**            **Stapleton**                Case number (if known)    **14-42478**
        First Name            Middle Name            Last Name

                                                                    **Your expenses**

| | | | |
|---|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$500.00** |
| **6.** | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$1,000.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$400.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$600.00** |
| | 6d.  Other.  Specify: _____ | 6d. | |
| **7.** | **Food and housekeeping supplies** | 7. | **$1,200.00** |
| **8.** | **Childcare and children's education costs** | 8. | **$250.00** |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | **$350.00** |
| **10.** | **Personal care products and services** | 10. | **$500.00** |
| **11.** | **Medical and dental expenses** | 11. | **$775.00** |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$700.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$100.00** |
| **14.** | **Charitable contributions and religious donations** | 14. | **$50.00** |
| **15.** | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | |
| | 15b.  Health insurance | 15b. | **$1,200.00** |
| | 15c.  Vehicle insurance | 15c. | **$600.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. | |
| **16.** | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **Taxes (priority)** _____ | 16. | **$200.00** |
| **17.** | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1    **2013 Ford F-250** | 17a. | **$996.00** |
| | 17b.  Car payments for Vehicle 2    **2013 Infinity JX35** | 17b. | **$1,000.00** |
| | 17c.  Other.  Specify: _____ | 17c. | |
| | 17d.  Other.  Specify: _____ | 17d. | |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |
| **20.** | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.  Mortgages on other property | 20a. | |
| | 20b.  Real estate taxes | 20b. | |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e.  Homeowner's association or condominium dues | 20e. | |

Debtor 1   __William__          __Gary__            __Stapleton__          Case number (if known)   __14-42478__
      First Name          Middle Name        Last Name

| | | | | |
|---|---|---|---|---|
| **21.** | **Other.**  Specify: __See continuation sheet__ | 21. | + | $1,300.00 |

| | | | |
|---|---|---|---|
| **22.** | **Your monthly expenses.**   Add lines 4 through 21. <br> The result is your monthly expenses. | 22. | $12,671.00 |

**23.   Calculate your monthly net income.**

| | | | | |
|---|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | | $14,515.03 |
| 23b. | Copy your monthly expenses from line 22 above. | 23b. | – | $12,671.00 |
| 23c. | Subtract your monthly expenses from your monthly income. <br> The result is your monthly net income. | 23c. | | $1,844.03 |

**24.   Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.  Explain here:
> **None.**

Debtor 1    **William**                    **Gary**                    **Stapleton**                        Case number (if known)    **14-42478**
            First Name                  Middle Name              Last Name

21.  **Other.  Specify:**

**Pet food/veterinary**                                                                    **$150.00**

**Tolls**                                                                                  **$150.00**

**Non-filing spouse's separate credit card payments**                                      **$1,000.00**

                                                                  **Total:**    | **$1,300.00** |

B 6 Summary (Official Form 6 - Summary) (12/14)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re  **William Gary Stapleton**

Case No.   **14-42478**

Chapter   **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $189,600.00 | | |
| B - Personal Property | Yes | 7 | $77,497.58 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $55,003.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $3,470.70 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $5,188,203.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | $14,515.03 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $12,671.00 |
| TOTAL | | 30 | $267,097.58 | $5,246,677.40 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re  **William Gary Stapleton**                                    Case No.    **14-42478**

Chapter    **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **William Gary Stapleton**                                            Case No.    <u>**14-42478**</u>
                                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    <u>**32**</u>
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  <u>**2/11/2015**</u>                              Signature  <u>**/s/ William Gary Stapleton**</u>
                                                                  ***William Gary Stapleton***


Date  _____              Signature  _____

                                           [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re:   **William Gary Stapleton**                                  Case No.   **14-42478**
                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

## 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2012 Wages |
| $8,783.00 | 2012 Business |
| | (from joint tax return) |
| | |
| $0.00 | 2013 Wages |
| $59,953.00 | 2013 Business |
| | (from joint tax return) |
| | |
| $0.00 | 2014 Wages |
| $13,261.85 | 2014 Business |
| | (approximates; year-to-date of filing) |

---

## 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,532.00 | 2012 Capital gain |
| ($5,722.00) | 2012 Other losses |
| ($138,290.00) | 2012 Royalties and K-1 Losses |
| ($558,332.00) | 2012 NOL carryover |
| | (from joint tax return; includes gains and losses attributable to non-filing spouse) |
| | |
| ($3,000.00) | 2013 Allowed capital loss |
| ($55,209.00) | 2013 Other losses |
| ($249,029.00) | 2013 Royalties & K-1 Losses |
| ($887,552.00) | 2013 NOL carryover |
| | (from joint tax return; includes gains and losses attributable to non-filing spouse) |
| | |
| $17,976.24 | 2014 Royalties |
| | (approximate; year-to-date of filing) |

---

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

In re:  **William Gary Stapleton**                                          Case No.  **14-42478**
                                                                                   (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**None**
☑  b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

**None**
☐  c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Laura Stapleton** | **11/2013** | **$1,500.00** | |
| **(spouse)** | **12/2013** | **$5,000.00** | |
| | **11/2014** | **$1,000.00** | |
| **Bill Stapleton** | **11/2013** | **$1,500.00** | |
| **(father)** | **4/2014** | **$1,000.00** | |

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐  a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cause No. 366-00558-2014 Starfish Investments, LP v. William Gary Stapleton** | **Civil** | **366th Judicial District Court, Collin County, TX** | **Judgment** |
| **Cause No. 05-14-00861-CV William Gary Stapleton v. Starfish Investments, LP** | **Civil** | **Fifth Circuit Court of Appeals** | **Appeal pending** |

---

**None**
☑  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 5. Repossessions, foreclosures and returns

**None**
☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 6. Assignments and receiverships

**None**
☑  a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

In re:   **William Gary Stapleton**                                    Case No.   **14-42478**
                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

None
☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 7. Gifts

None
☑   List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 8. Losses

None
☑   List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 9. Payments related to debt counseling or bankruptcy

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Quilling, Selander, Lownds, Winslett & Moser, P.C.** | **02/2015 Paid by Bill Stapleton** | **$5,000.00** |

## 10. Other transfers

None
☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Stapleton Enterprises, Inc. and Bill Stapleton** | **05/2014** | **Assigned 1171 Stacy Road, Fairview, TX 75069 as security for loans owed by Debtor to Stapleton Enterprises Inc.** |
| **Bill Stapleton** | **07/2013** | **Transferred 50% interest in Viva Los Cabo Capital Corp.** |

---

None
☐   b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **For Disclosure Purposes Only: Debtor and non-filing spouse created the** | | |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

In re:   **William Gary Stapleton**                                    Case No.   **14-42478**

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

**Stapleton Children's Trust in late 1998, which is
an irrevocable trust for the benefit of their only
child. This is not a self-settled trust.  Debtor and
non-filing spouse are not benficiaries of this
trust.  No transfers have been made to this trust
by Debtor within the last two years.**

---

## 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Plains Capital Bank | Business checking xx0273 $2.86 | 06/2014 |
| Plains Capital Bank | Personal checking account number unknown balance unknown (Debtor had signature authority only; never used account) | 06/2014 |

---

## 12. Safe deposit boxes

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Benchmark Bank 5700 Legacy Drive, #10 Plano, TX 75024 | William Gary Stapleton (key is lost) | $1,200.00 cash | |

---

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

## 15. Prior address of debtor

None ☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   **William Gary Stapleton**                                    Case No.   **14-42478** _____

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 16. Spouses and Former Spouses

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**NAME**

Laura L. Stapleton (non-filing spouse)

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   **William Gary Stapleton**                              Case No.   **14-42478**
                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☐

**18. Nature, location and name of business**

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **1161 Development Corp.**<br>**1161 Stacy Road**<br>**Fairview, TX 75069**<br>**Tax Id No: 26-3581594** | **GP of 1161 Stacy Road Limited Partnership** | **2008 - Present** |
| **1171 Stacy Road Real Estate Corp.**<br>**1161 Stacy Road**<br>**Fairview, TX 75069**<br>**Tax Id No: 27-1033345** | **Residential rental property (single asset sold in 2013)** | **2009 - Present** |
| **CTS Exploration & Production, LLC**<br>**6850 TPC Drive, Suite 112**<br>**McKinney, TX 75070**<br>**Tax Id No: 80-0134824** | **Oil and gas pipeline operations and wildcat domestic drilling** | **2004 - Present** |
| **CTS Holdings, LLC**<br>**6850 TPC Drive, Suite 112**<br>**McKinney, TX 75070**<br>**Tax Id No: 20-1892396** | **Oil and gas royalty holding company** | **2004 - Present** |
| **Longhorn Meats, LLC**<br>**6850 TPC Drive, Suite 112**<br>**McKinney, TX 75070**<br>**Tax Id No: 46-0742577** | **Wholesale meat sales** | **2012 - 2014** |
| **North Platte Energy Group, LLC**<br>**6850 TPC Drive, Suite 112**<br>**McKinney, TX 75070**<br>**Tax Id No: 27-0891360** | **Renewable energy** | **2010 - 2011 (interest transferred in 2011)** |
| **Performax Sports Institute, LLC**<br>**6850 TPC Drive, Suite 112**<br>**McKinney, TX 75070**<br>**Tax Id No: 26-4778933** | **Golf training facility** | **2009 - 2010** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   **William Gary Stapleton**                                    Case No.   **14-42478**
_____

                                                                                                     (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

| | | |
|---|---|---|
| **Renewable Developments, LLC**<br>**6850 TPC Drive, Suite 112**<br>**McKinney, TX 75070**<br>**Tax Id No: 27-0678821** | **Renewable energy** | **2009 - 2010** |
| **Summit Renewable Resources, LLC**<br>**6850 TPC Drive, Suite 112**<br>**McKinney, TX 75070**<br>**Tax Id No: 27-0337334** | **Renewable energy** | **2008 - 2010** |
| **Titus Energy, LLC**<br>**6850 TPC Drive, Suite 112**<br>**McKinney, TX 75070**<br>**Tax Id No: 75-2583132** | **Oil and gas operations** | **1995 - 2011** |
| **Titus Financial, Inc.**<br>**6850 TPC Drive, Suite 112**<br>**McKinney, TX 75070**<br>**Tax Id No: 75-2338579** | **Broker-dealer** | **1990 - 2012** |
| **United Texas Petroleum, Inc.**<br>**6850 TPC Drive, Suite 112**<br>**McKinney, TX 75070**<br>**Tax Id No: 75-2588827** | **Oil and gas operator** | **2009 - Present** |
| **Viva Los Cabo Capital Corp.**<br>**6850 TPC Drive, Suite 112**<br>**McKinney, TX 75070**<br>**Tax Id No: 75-2640894** | **Real estate holding company** | **1996 - 2013**<br>**(transferred interest in 2013** |
| **Windridge Feed, Inc.**<br>**1161 Stacy Road**<br>**Fairview, TX 75069**<br>**Tax Id No: 45-2874084** | **Horse feed sales** | **2008 - 2011**<br>**(transferred interest in 2011)** |
| **Windridge Farm, Inc.**<br>**1161 Stacy Road**<br>**Fairview, TX 75069**<br>**Tax Id No: 26-2766473** | **Horse boarding and training and owner of 49.5% of 1161 Stacy Road Limited Partnership** | **2008 - 2011**<br>**(transferred interest in 2011)** |
| **Summit Renewable Resources-Price Farms, LP** | | **2009 - 2013**<br>**(name created, but never operated)** |
| **MBH Gas Gathering & Transportation, LLC**<br>**6850 TPC Drive, Suite 112**<br>**McKinney, TX 75070**<br>**Tax Id No: unknown** | | **2004 - 2014**<br>**(name created, but never operated)** |
| **Torri's Kids, Inc.**<br>**6850 TPC Drive, Suite 112**<br>**McKinney, TX 75070**<br>**Tax Id No: unknown** | **Charity to raise money for children of soldiers killed in action** | **2003 - 2009** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   **William Gary Stapleton**                                    Case No.   **14-42478**

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

| | | |
|---|---|---|
| **Clear Message Communications, LLC d/b/a Ignite-It Group** **Tax Id No: 22-3872801** | **Passive investment in a marketing firm** | **2002 - Present** |

None
☐   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **1161 Development Corp.** | **1161 Stacy Road** **Fairview, TX 75069** |
| **1171 Stacy Road Real Estate Corp.** | **1161 Stacy Road** **Fairview, TX 75069** |
| **Viva Los Cabo Capital Corp.** | **6850 TPC Drive, Suite 112** **McKinney, TX 75070** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None
☐   a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Dance, Bigelow, Sharp & Co., PC** **433 E. Las Colinas Blvd., Suite 1290** **Irving, TX 75039-5581** | **1994 - Present** |
| **Laura L. Stapleton** **8080 N. Central Expressway, Suite 1300** **Dallas, TX 75206** | **1994 - Present** |

None
☑   b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☐   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Dance, Bigelow, Sharp & Co., PC** | **433 E. Las Colinas Blvd., Suite 1290** **Irving, TX 75039-5581** |
| **Laura L. Stapleton** | **8080 N. Central Expressway, Suite 1300** **Dallas, TX 75206** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   **William Gary Stapleton**                                    Case No.   **14-42478**
                                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

---

None
☑   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

## 20. Inventories

None
☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None
☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

## 22. Former partners, officers, directors and shareholders

None
☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None
☑   b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

## 24. Tax Consolidation Group

None
☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

## 25. Pension Funds

None
☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:  **William Gary Stapleton**                                              Case No.  **14-42478** _____

(if known)

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 9*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **2/11/2015** _____         Signature _____ **/s/ William Gary Stapleton** _____
                                                     of Debtor    ***William Gary Stapleton***

Date  _____                         Signature _____
                                                     of Joint Debtor
                                                     (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:  **William Gary Stapleton**                                            CASE NO   **14-42478**

                                                                                        CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Ford Motor Credit Corporation<br>PO Box 6275<br>Dearborn, MI 48121-6275<br>xxxx5900 | **Describe Property Securing Debt:**<br>2013 Ford F-250 |

Property will be (check one):
☐ Surrendered       ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt       ☑ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐      NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date _**2/11/2015**_____          Signature  __/s/ William Gary Stapleton_____
                                                                        *William Gary Stapleton*

Date _____          Signature _____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **William Gary Stapleton**

CASE NO   **14-42478**

CHAPTER   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$5,000.00** |
| Prior to the filing of this statement I have received: | **$5,000.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☐ Debtor          ☑ Other (specify)
   **Bill Stapleton**

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **2/11/2015** | **/s/ Hudson M. Jobe** |
| *Date* | *Hudson M. Jobe*          Bar No.  24041189 |
| | Quilling, Selander, Lownds, Winslett & Moser, P.C. |
| | 2001 Bryan Street, Suite 1800 |
| | Dallas, TX 75201 |
| | Phone: (214) 871-2100 / Fax: (214) 871-2111 |

---

  **/s/ William Gary Stapleton**

*William Gary Stapleton*

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **William** | **Gary** | **Stapleton** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number  **14-42478**
(if known)

☐ Check if this is an amended filing

## Official Form 22A-1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)      12/14

File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:    Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?**  Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the Voluntary Petition (Official Form 1).

   ☑ No.   Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3.  Then submit this supplement with the signed Form 22A-1.

   ☐ Yes.  Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Go to line 3.

      ☐ Yes.  Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity?  10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ No.   Complete Form 22A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 22A-1.  On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now* and sign Part 3.  Then submit this supplement with the signed Form 22A-1.  You are not required to fill out the rest of Official Form 22A-1 during the exclusion period.  The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward.  11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.

| **Fill in this information to identify your case:** | | | **Check one box only as directed in this form and in Form 22A-1Supp:** |
|---|---|---|---|

**Fill in this information to identify your case:**

| Debtor 1 | **William** | **Gary** | **Stapleton** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

| Case number | **14-42478** |
|---|---|
| (if known) | |

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

**Official Form 22A-1**

# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file the Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 22A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1.  **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A* Debtor 1 | *Column B* Debtor 2 or non-filing spouse |
|---|---|---|
| 2.  **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3.  **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4.  **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1    **William**        **Gary**        **Stapleton**                Case number (if known) **14-42478**
            First Name        Middle Name     Last Name

|  | Column A **Debtor 1** | Column B **Debtor 2 or non-filing spouse** |
|---|---|---|

**5.**   **Net income from operating a business, profession, or farm**

   Gross receipts (before all deductions)        _____

   Ordinary and necessary operating expenses    **−** _____

   Net monthly income from a business, profession, or farm    _____    **Copy here** ➜    _____    _____

**6.**   **Net income from rental and other real property**

   Gross receipts (before all deductions)        _____

   Ordinary and necessary operating expenses    **−** _____

   Net monthly income from rental or other real property    _____    **Copy here** ➜    _____    _____

**7.**   **Interest, dividends, and royalties**        _____    _____

**8.**   **Unemployment compensation**        _____    _____

   Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

   For you...............................................................................    _____

   For your spouse...................................................................    _____

**9.**   **Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.        _____    _____

**10.**   **Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total on line 10c.

   10a.   _____    _____    _____

   10b.   _____    _____    _____

   10c.   Total amounts from separate pages, if any.    **+** _____    **+** _____

**11.**   **Calculate your total current monthly income.**
   Add lines 2 through 10 for each column.
   Then add the total for Column A to the total for Column B.        [_____]    **+** [_____]    **=** [_____]

   **Total current monthly income**

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

**12.**   **Calculate your current monthly income for the year.** Follow these steps:

   12a.   Copy your total current monthly income from line 11.......................................................**Copy line 11 here**  ➜  12a.  [_____]

        Multiply by 12 (the number of months in a year).        **X    12**

   12b.   The result is your annual income for this part of the form.        12b.  [_____]

Debtor 1   **William**          **Gary**          **Stapleton**          Case number (if known) **14-42478**
             First Name         Middle Name        Last Name

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.

Fill in the number of people in your household.

Fill in the median family income for your state and size of household........................................................... 13.

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.*
        Go to Part 3.

14b. ☐ Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
        Go to Part 3 and fill out Form 22A-2.

**Part 3:   Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  **/s/ William Gary Stapleton**                          X _____

   **William Gary Stapleton**                                 Signature of Debtor 2

Date  **2/11/2015**                                        Date _____
      MM / DD / YYYY                                            MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.